KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| **IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION** | 21 MC 102 (AKH) |

-------------------------------------------------------------------X

ANDRES MORA and ROSA VALDEZ,

DOCKET NO.:
08 CV 2661

           **Plaintiffs,**

  -against-

100 CHURCH, LLC, AMBIENT GROUP, INC.,
CUNNINGHAM DUCT CLEANING CO., INC.,
GPS ENVIRONMENTAL CONSULTANTS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., LAW ENGINEERING, P.C., MERRILL
LYNCH & CO., INC., ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC, TRC ENGINEERS, INC.,
AND ZAR REALTY MANAGEMENT CORP., ET AL.

NOTICE OF
ADOPTION OF
ANSWER TO MASTER
COMPLAINT

           **Defendants.**
-------------------------------------------------------------------X

    PLEASE TAKE NOTICE, that defendant **CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102

(AKH).

**WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      April 30, 2008

                                  Kevin G. Horbatiuk
                                  Kevin G. Horbatiuk (KGH4977)
                                  Matthew P. Mazzola (MM-7427)
                                  Attorneys for Defendant
                                  **CUNNINGHAM DUCT WORK s/h/i/a**
                                  **CUNNINGHAM DUCT CLEANING CO., INC.**
                                  RUSSO, KEANE & TONER, LLP
                                  26 Broadway, 28th Floor
                                  New York, New York 10004
                                  (212) 482-0001
                                  RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
          WORBY GRONER EDELMAN & NAPOLI BERN, LLP
          Attorney for Plaintiffs
          **ANDRES MORA and ROSA VALDEZ**
          115 Broadway - 12th Floor
          New York, New York 10006
          (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 30th day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiffs
**ANDRES MORA and ROSA VALDEZ**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
KEVIN G. HORBATIUK